UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                 Criminal No. 11-cr-115-01-JL

Judith Kravitz

O R D E R

The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted. The court does not wish to be overly burdensome to counsel, or make more of this than it deserves, but a more detailed, substantive explanation is requested in future motions. To the extent the court has unquestioningly granted such requests in the past, it acknowledges its role in this common practice. No further continuances. Final Pretrial is rescheduled to July 25, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: May 18, 2012

cc: Matthew Lahey, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation